IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SERGIO CAMPOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 16-cv-04371 |
| v. ) | Judge Robert M. Dow, Jr. |
| ) | Magistrate Judge Jeffrey T. Gilbert |
| PRINCIPAL MANUFACTURING COMPANY, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE TO AUTOMATICALLY CONVERT TO DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff SERGIO CAMPOS and Defendant PRINCIPAL MANUFACTURING COMPANY, through their respective counsels, hereby agree and stipulate to the following:

1. Effective with the filing of this Joint Stipulation of Dismissal, this matter will be initially dismissed without prejudice, each party to bear its own costs and fees. In the event Defendant has not materially complied with the payment terms of the Settlement Agreement in this matter, Plaintiff is granted leave to move on or before thirty-five (35) days from the date of this Stipulation to: (1) seek enforcement of the Settlement Agreement, or (2) to extend the time for filing a motion to reinstate for failure to comply with the Settlement Agreement.

2. The Parties agree that reinstatement, if any, shall be for the sole purpose of enforcing the terms of the Settlement Agreement.

3. In the event a motion under Paragraph 1 above is not filed within thirty-five (35) days from the date of this Stipulation, dismissal will be automatically converted to a dismissal with prejudice.

3. Each party shall bear its own attorneys' fees and costs, except as otherwise agreed between the parties in the Settlement Agreement.

Dated: September 26, 2016

| SERGIO CAMPOS, | PRINCIPAL MANUFACTURING COMPANY, |
|---|---|
| By:<br>    /s/ Bethany Hilbert<br>Marty Denis<br>Bethany Hilbert<br>Barlow, Kobata & Denis LLP<br>525 West Monroe St., Suite 2360<br>Chicago, Illinois 60661<br>Phone: (312) 648 – 5570<br>Fax: (312) 648 -9697<br><br>Attorneys for Plaintiff | By:<br>   /s/ Lily M. McNulty<br>Heather Becker<br>Lily M. McNulty<br>LANER MUCHIN, LTD.<br>515 N. State St., Suite 2800<br>Chicago, IL 60654<br>Phone: (312) 467-9800<br>Fax: (312) 467-9479<br><br>Attorneys for Defendant |