## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Sergio Campos

                                        Plaintiff,

v.                                                       Case No.: 1:16−cv−04371
                                                           Honorable Robert M. Dow Jr.

Principal Manufacturing Company

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 27, 2016:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to the joint stipulation of dismissal without prejudice [14] filed on 9/26/2016, this action is dismissed without prejudice, each party to bear its own costs and fees. Plaintiff is granted leave to move on or before thirty−five (35) days from the date of the stipulation to: (1) seek enforcement of the Settlement Agreement, or (2) to extend the time for filing a motion to reinstate for failure to comply with the Settlement Agreement. In the event a motion is not filed within thirty−five (35) days from the date of the Stipulation, dismissal will be automatically converted to a dismissal with prejudice. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.